**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CRIMINAL NO. 98-40125-06-GPM |
| **FIDEL MENDEZ,** | ) |
| **Defendant.** | ) |
| **FARWEST FABRICATORS, INC.,** | ) |
| **Garnishee.** | ) |

# GARNISHEE ORDER

**MURPHY, District Judge:**

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on October 30, 2008, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant, and that Garnishee is indebted to Defendant for wages as they become due and payable.

On November 25, 2008, the Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** that Garnishee pay 25% of the Defendant's net wages to Plaintiff, and continue said payments until the debt to Plaintiff is paid in full or until the Garnishee no longer has custody, possession, or control of any property belonging to Defendant or until further Order of this

Court.

Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois, 62201.

**IT IS SO ORDERED.**

DATED: 12/5/08

                                                             s/ *G. Patrick Murphy*
                                                             G. Patrick Murphy
                                                             United States District Judge